Steven Wierzba
823 Paloma Avenue
Oakland, CA 94610
510 832 3063
slava@jps.net
Pro Se

**FILED**

NOV 1 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WIERZBA STEVEN

PLAINTIFF,

v.

J. P. MORGAN CHASE BANK N.A.,
QUALITY LOAN SERVICES CORP.,
WASHINGTON MUTUAL BANK N. A.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
THE FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
LENDER PROCESSING SERVICES, INC.
AND DOES 1-25 INCLUSIVE,

DEFENDANTS.

Case # 11-05199-JSW

**MOTION FOR PERMISSION TO FILE CASE ELECTRONICALLY**

I, Steven Wierzba request permission to file documents electronically in this case.

Dated: Tuesday, November 15, 2011

respectfully,

Steven Wierzba

GRANTED
Judge Jeffrey S. White

1

Dated: November 28, 2011