**Quality Loan Service Corporation**
Julie O. Molteni (SBN: 265133)
Joshua E. Moyer (SBN: 259908)
Renee DeGolier (SBN: 262999)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone: (619) 645-7711 x. 2019
Facsimile: (619) 568-3518

Corporate Counsel for
Quality Loan Service Corporation, erroneously sued as Quality Loan Services Corp.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., QUALITY LOAN SERVICES CORP., WASHINGTON MUTUAL BANK NA., MORTGAGE ELECTRRONIC REGISTRATION SYSTEMS, INC.; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, LENDER PROCESSING SERVICES, INC. and DOES 1-25 inclusive, | Case No. 3:11-CV-05199-JSW<br><br>**QUALITY'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby requests to substitute Matthew B. Learned, McCarthy and Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101, telephone (619) 685-4800, as attorney of record in place and stead of Julie Molteni, Corporate Counsel for Quality Loan Service Corporation.

///

---

1

REQUEST FOR SUBSTITUTION OF ATTORNEY

CA11-9471

Dated: January 10, 2012

Bounlet Louvan
Foreclosure Legal Liaison for
Defendant, Quality Loan Service
Corporation

Dated: January 10, 2012

Julie O. Molteni
Corporate Counsel for Defendant,
Quality Loan Service Corporation

Dated: January 11, 2012

Matthew B. Learned
McCarthy and Holthus, LLP

IT IS SO ORDERED:

Dated: January 30, 2012

Jeffrey S. White, Judge
United States District Court,
Northern District of California

2
**REQUEST FOR SUBSTITUTION OF ATTORNEY**