1 **Quality Loan Service Corporation**
Julie O. Molteni (SBN: 265133)
Joshua E. Moyer (SBN: 259908)
Renee DeGolier (SBN: 262999)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone: (619) 645-7711 x. 2019
Facsimile: (619) 568-3518

Corporate Counsel for
Quality Loan Service Corporation, erroneously sued as Quality Loan Services Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., QUALITY LOAN SERVICES CORP., WASHINGTON MUTUAL BANK NA., MORTGAGE ELECTRRONIC REGISTRATION SYSTEMS, INC.; THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, LENDER PROCESSING SERVICES, INC. and DOES 1-25 inclusive, | Case No. 3:11-CV-05199-JSW <br><br> **QUALITY'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby requests to substitute Matthew B. Learned, McCarthy and Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101, telephone (619) 685-4800, as attorney of record in place and stead of Julie Molteni, Corporate Counsel for Quality Loan Service Corporation.

///

1
2  Dated: January 10, 2012

   _____
   Bounlet Louvan
   Foreclosure Legal Liaison for
   Defendant, Quality Loan Service
   Corporation

6  Dated: January 10, 2012

   _____
   Julie O. Molteni
   Corporate Counsel for Defendant,
   Quality Loan Service Corporation

10 Dated: January 11, 2012

    _____
    Matthew B. Learned
    McCarthy and Holthus, LLP

IT IS SO ORDERED:

Dated: January 30, 2012

_____
Jeffrey S. White, Judge
United States District Court,
Northern District of California

---

2

**REQUEST FOR SUBSTITUTION OF ATTORNEY**

CA11-9471