IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A. ET AL,

    Defendants.

No. C 11-05199 JSW

**ORDER VACATING HEARING ON MOTIONS**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss and to strike which have been noticed for hearing on Friday, April 20, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: April 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WIERZBA et al,

    Plaintiff,

 v.

J.P. MORGAN CHASE BANK N.A. et al,

    Defendant.

Case Number: CV11-05199 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Ave
Oakland, CA 94610

Dated: April 17, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk