**United States District Court**

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    STEVEN WIERZBA,

10              Plaintiff,                                No. C 11-05199 JSW

11       v.

12    J.P. MORGAN CHASE BANK N.A. ET AL,        **ORDER VACATING HEARING
                                                  ON MOTIONS**
13              Defendants.
                                           /
14

15        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss and to

16   strike which have been noticed for hearing on Friday, April 20, 2012 at 9:00 a.m., are

17   appropriate for decision without oral argument.  Accordingly, the hearing date is hereby

18   VACATED.  The motions will be taken under submission and decided on the papers.

19        **IT IS SO ORDERED.**

20

21   Dated:  April 16, 2012

22                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WIERZBA et al,

Case Number: CV11-05199 JSW

                    Plaintiff,

**CERTIFICATE OF SERVICE**

    v.

J.P. MORGAN CHASE BANK N.A. et al,

                    Defendant.

                                                    /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Ave
Oakland, CA 94610

Dated: April 17, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California