IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

No. C 11-05199 JSW

**AMENDED PARTIAL JUDGMENT**

    The Court, having received requests for clarification, issues this amended judgment. Pursuant to the Court's order dated April 20, 2012, granting Defendants' motions to dismiss and Federal Rule of Civil Procedure 54(b), it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants and against Plaintiff as to claims one, two and four. The remaining state law claims are dismissed without prejudice to re-filing in state court.

**IT IS SO ORDERED.**

Dated: April 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIERZBA et al, | Case Number: CV11-05199 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| J.P. MORGAN CHASE BANK N.A. et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Ave
Oakland, CA 94610

Dated: April 26, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk