UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WIERZBA,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-02282-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Wierzba v. J.P. Morgan Chase Bank N.A.*, 11-5199-JSW.

**IT IS SO ORDERED.**

Dated: 05/10/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge